AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

11657638

U.S. MARSHAL-DC PM 12:5
RECEIVED APR 1 '24

United States of America
v.
BRIAN SAMUEL DAY

Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00120
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 3/29/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ BRIAN SAMUEL DAY _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor);
18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography) ;
18 U.S.C. § 2252(a)(2) (Distribution of Child Pornography).

Date: ___03/29/2024___

*Issuing officer's signature*

City and state:      Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
                                              *Printed name and title*

### Return

This warrant was received on *(date)* __04/01/2024__ , and the person was arrested on *(date)* __04/11/2024__
at *(city and state)*  __Washington DC__ .

Date: __04/11/2024__

*Arresting officer's signature*

Derek Stallman - DUSM
*Printed name and title*